FILED

OCT 28 2020

CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY ________ DEPUTY

**Attachment 1 - Civil Complaint**

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
Del Rio **DIVISION**

Andrew (Jason) Des Ormeau
(Enter your full name)
Plaintiff(s)

DR20CV0060

Municipal Court of Del Rio TX.
Del Rio City Police Dept.
(Enter full name of each Defendant)
Defendant(s)

CASE NUMBER: ______________
(Supplied by Clerk's Office)

**COMPLAINT**

First Paragraph (Name and Address of Plaintiff)

Second Paragraph (Name and Address(es) of Defendant(s))

Third Paragraph (Jurisdiction Plea)

Fourth Paragraph (Allegation 1)

Fifth Paragraph (Allegation 2) ...

The final paragraph should contain a statement of the relief you are seeking. This paragraph should not be numbered.

Signature
Name (Typed or Printed)
Address
Telephone Number

OCT-27-2020

①

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
Del Rio Division

Civil injuction complaint

1) Plaintiff: Andrew JAson Des Ormeau

2) Defendants: (Judge) ERIC M. BAYNE municipal Court of Del Rio TX.
Defendant 2 (City of Del Rio Police Dept.) JAMES J. BAYNE JR. (109 W. Broadway Del Rio TX. 78840)

Plaintiff Address: Po. Box 421202 Del Rio TX. 78842
Andrew Jason Des Ormeau

Defendants: (125 E Martin st. Del Rio TX. 78840 830 774-8506
(Judge) ERIC M. BAYNE) (101 lowe Drive) 830-775-3697
City of Del Rio Police Dept.) (109 W. Broadway Del Rio TX. 78840)

3) Jurisdiction Plea: I Andrew Jason DesOrmeau Am a Sovereign citizen of the UNIDED STATES OF AMERICA: one Nation under GOD indivisible with Liberty and Justice For All. and a Sovereigh Citizen oF The united States Repubic For Witch it Stands NOT OF any Corporations. Im Conducting my Constitutional right under the First Amendment At. The 2300 block on Vetrans blv. on the median Across From The Del Sol mal. I Desplay a Sigh with Reads (MATT-7:7-12) (John-15:18-27) EPH-6-12) (Rev-13:16-18 (BiBle verses) Im engaging in my Constitutional rights of Freedom of Speech, Freedom of Religion Freedom of Press Freedom of Assemby...

(2)

3) No one Shall inFringe oR APPly Any Law That would Deprive me of these First Amendment Constitutionaly protected Rights. I am Pleading with The Federal Court of the UNITED STATES of AMERICA to Bind All of The local municipalities That would go against my civil Liberties. my Rights are NOT Contingent upon Local Political AgenAS or Emotions. My Rights Are Inalieable Given to me by GOD.

4) Allegation:

I'v continualy been harrassed by The municipal Court : and The city of Del Rio Police Dept. Since march of 2020 They have Threatened my Freedom Threats of Arrest Phycical Threats to Kill me, Tickets Chasing me into J.C. Penny's at the mall were I'v been waiting For a christmas gift For my 3 yearold Daughter that I'v ordered. Threats to Confiscate a moped that I use From a Friend, That lets me use it. I've TAlked to the State Police about Standing on the median and they Told me that it is Perficty Legal and that I'm Not breaking any Laws, I Display my sign To oncoming motorist at the cross walk...

4) I Don't Speak to Anyone onles Spoken to I Don't impead the Flow of Trafic And I Pick up other peoples Trash. I Feell That it is of the utmost and Grave importance that The word of GoD is being Desplay as well as Explained to as many People that would care to understand, it is my Duty to Obey GoD and his calling to Share these Biblicle Verses in the way that GoD has Shown me. This Doctrine is unlike any Doctrine of any Faith and in a Time of Such Chaos in the world Today, we all need a Soul Surching understanding of The WORD OF GoD. Thank You and GoD Bless

Andrew Jason DesOrmeau
Po. Box 421202 Del Rio TX. 78842



(5) I would like to Add This that I Don't ASK anyone For anything wile I holding the word of GOD. iF I Holly SPiRit mooves Someone to Bistow opon me anything it is met with the utmost Gracious "Thanks and GOD Bless"

I Do NOT ASK NOR Plead with anyone to give Any thing. I'm Saying this to excplain That the Ticket I Recived For Solicitation was a Desprate Attempt by the local police and the courts to Harm the WorD of GoD. The Ticket #Number is 156625. Ephisian 6:12 "we Wrestle NoT against Flesh and Blood but against Power and prinsipalities", what I'm doing is a Peacefull protest against Wicked Laws that go against The UNITEd STATES Constitution. I'm Not asking for anything and I'M NOT Selling anything. I Do NOT Need a Permit For Solicitation.

Andrew (JASON) Des Ormeau

[signature]

P.O. Box 421202 Del Rio TX. 78842

# MUNICIPAL COURT

109 W. Broadway Del Rio, Texas 78840
(830) 774-8506 or 774-8557

CITATION
VIOLATOR

#2020000041436 No. 156625

Last Name: Desormeaux First: Andrew Middle: Driver State: TX License Number: [X] DL [ ] ID [ ] CDL 36741888

Address: 1912 Veterans #16 Race: W Sex: [X] M [ ] F Date of Birth: 2/23/74

City: Del Rio State: TX Zip Code: 78840 County: VAL VERDE

Phone: Employment Address:

Date: 10/22/20 Hour: 1247 [ ] AM [X] PM Location: Veterans @ Chevrolet

Route: N W E S

Accident: [ ] Yes [X] No

Alleged Speed:

Speed Limit:

Radar: [ ] M [ ] S [ ] Paced

Weather: [ ] Clear [X] Cloudy [ ] Rain

Road Surface: [X] Dry [ ] Wet [ ] Mud

Traffic: [ ] Light [ ] Medium [X] Heavy

VIOLATION CHARGED

- [ ] Speeding
- [ ] Unsafe Speed
- [ ] Speeding School Zone
- [ ] Violate Driver License Restriction
- [ ] No Driver's License
- [X] Expired Driver's License
- [ ] Failure to Display D.L.
- [ ] Expired M.V.I.
- [ ] Expired M.V.R.
- [ ] No Proof of Financial Responsibility
- [ ] No Seat Belt
- [ ] Unrestrained Child Age:
- [ ] Disregarded Red Light
- [ ] Disregarded Stop Sign
- [ ] Unsafe Lane Change
- [ ] Failure to Yield Right of Way
- [ ] Parked in No Parking Zone

Other Violations:
1. Solicitation w/out Permit.

Reason for Stop: [ ] Warning [ ] Citation

Vehicle Search: [ ] Yes [X] No

Type of Search: [ ] PC [ ] Consent

[ ] Inc. to Arrest [ ] Inventory

Contraband Found: [ ] Yes [ ] No

YOU ARE HEREBY NOTIFIED TO APPEAR IN MUNICIPAL COURT

DUE DATE TO PAY FINE OR SET TRIAL: 30th 2020 Nov. 18

Type of Contraband: [ ] Drugs [ ] Currency [ ] Weapons [ ] Other

OFFICER'S SIGNATURE: [signature] UNIT: 0811

Vehicle License Number:

Year: State:

Make: Type:

Year Model: Vehicle Color:

THIS IS NOT A PLEA OF GUILTY. I hereby promise to appear at the time and place designated on this citation. Failure to appear may constitute a separate offense and a warrant may be issued for your arrest.

Signature: [signature]

## UNIFORM TRAFFIC TICKET AND COMPLAINT

CASE No. ______ DOCKET No. ______ PAGE No. ______

IN THE NAME AND BY THE AUTHORITY OF THE STATE OF TEXAS

02282

**DEL RIO POLICE DEPARTMENT**
**101 LOWE DR. • 830-774-2711**

IN THE ______ COURT OF ______

THE UNDERSIGNED, BEING DULY SWORN, UPON HIS OATH DEPOSES AND SAYS:

ON ______ THE ______ DAY OF ______ 20__ AT ______ A.M. / P.M.

NAME ______ LAST (PLEASE PRINT) FIRST INITIAL

STREET ______

CITY - STATE ______

AGE ______ BIRTH DATE ______ RACE ______ SEX ______ HT. ______ WT. ______

DRIV. LIC No. ______ STATE ______ KIND ______ DID UNLAWFULLY (OPERATE) (PARK)

COMMERCIAL VEHICLE ☐ HAZARDOUS MATERIAL ☐

VEH. LIC. No. ______ YR. ______ STATE ______

YR. ______ MAKE ______ STYLE ______ COLOR ______

UPON A PUBLIC STREET OR HIGHWAY, NAMELY (LOCATION) ______ LOCATED IN THE CITY, VILLAGE, TOWNSHIP, COUNTY AND STATE AFORESAID AND DID THEN AND THERE COMMIT THE FOLLOWING OFFENSE:

SPEEDING (over limit) ☐ 6-10 m.p.h. ☐ 11-15 m.p.h. ☐ Over 15 m.p.h.

☐ Unreasonable for conditions ( MPH in MPH zone)

☐ Unable to stop in assured clear distance ahead

Improper LEFT TURN ☐ No Signal ☐ Cut corner ☐ From wrong lane

Improper RIGHT TURN ☐ No Signal ☐ Into wrong lane ☐ From wrong lane

Disobeyed TRAFFIC SIGNAL (after light turned red) ☐ Went through intersection ☐ Stopped in intersection ☐ Not stopped intersection

Disobeyed STOP SIGN ☐ Wrong place ☐ In intersection ☐ Walk speed ☐ Did not stop

Improper PASSING AND LANE USAGE ☐ Between traffic ☐ Lane straddling ☐ Cut in ☐ On right ☐ Wrong lane ☐ Wrong side of pavement ☐ On hill ☐ On curve

OTHER VIOLATIONS (describe) ______

IN VIOLATION OF SEC. ______ OF THE ______

☐ State Statute ☐ Local Ordinance in such case made and provided

PARKING: Meter No. ______ ☐ Overtime ☐ Prohibited Area ☐ Double Parking ☐ Expired Meter

(Describe) Other parking violation ______

Vehicle Search: ☐ Yes ☐ No

Type of Search: ☐ PC ☐ Consent ☐ Inc. to Arrest ☐ Inventory

Contraband Found: ☐ Yes ☐ No

Conditions that Increased Seriousness of Violation:

SLIPPERY PAVEMENT ☐ Rain ☐ Snow ☐ Ice

DARKNESS ☐ Mist ☐ Fog ☐ Smoke ☐ Dust

OTHER TRAFFIC PRESENT ☐ Cross ☐ Oncoming ☐ Pedestrian ☐ Same direction

CAUSED PERSON TO DODGE ☐ Pedestrian ☐ Driver ☐ JUST MISSED ACCIDENT

ACCIDENT: PD ☐ PI ☐ FATAL ☐ ☐ Ped. ☐ Vehicle ☐ Hit fixed object ☐ Right angle ☐ Rear end ☐ Sideswipe ☐ Head on ☐ Ran off Roadway ☐ Intersection

AREA: ☐ Business ☐ Industrial ☐ School ☐ Residential ☐ Rural

HIGHWAY TYPE: ☐ 2 lane ☐ 3 lane ☐ 4 lane ☐ 4 lane divided

THE UNDERSIGNED FURTHER STATES THAT HE HAS JUST AND REASONABLE GROUNDS TO BELIEVE AND DOES BELIEVE, THAT THE PERSON NAMED ABOVE COMMITTED THE OFFENSE HEREIN SET FORTH, CONTRARY TO LAW AND AGAINST THE PEACE AND DIGNITY OF THE STATE.

SWORN TO AND SUBSCRIBED BEFORE ME

THIS ______ DAY OF ______ 20__ (Signature and identification of Officer or other complainant)

(Name and title) (Unit No.)

Occupation ______ Social Security Number ______

COURT APPEARANCE ______ DAY OF ______ 20__ AT ______

ADDRESS OF COURT ______

I PROMISE TO APPEAR IN SAID COURT OR BUREAU AT SAID TIME AND PLACE

SIGNATURE ______

NOTICE: UNDERSTANDING THAT FAILURE TO APPEAR CONSTITUTES A SEPARATE OFFENSE.

For information regarding a compliment or complaint concerning traffic citations or traffic warnings (NOT FOR PARKING VIOLATIONS) issued by the Del Rio Police Department Peace Officers, may be found on the City of Del Rio Website at https://www.cityofdelrio.com/government/departments/police-department/police-department-forms. You may also call the Police Department Internal Affairs Unit at (830)774-8596. Email Address: [illegible]@cityofdelrio.com. Address: 101 Lowe Drive, Del Rio TX 78840.

# UNIFORM TRAFFIC TICKET AND COMPLAINT

CASE No. DOCKET No. PAGE No.

IN THE NAME AND BY THE AUTHORITY OF THE STATE OF TEXAS

02282

DEL RIO POLICE DEPARTMENT
101 LOWE DR. • 830-774-2711

IN THE COURT OF

THE UNDERSIGNED, BEING DULY SWORN, UPON HIS OATH DEPOSES AND SAYS:

ON DAY OF 20 AT A.M. P.M.

NAME (PLEASE PRINT) LAST FIRST INITIAL

STREET

CITY - STATE

AGE BIRTH DATE RACE SEX M HT WT. 160

DRIV. LIC No. STATE KIND

DID UNLAWFULLY (OPERATE) (PARK) HAZARDOUS MATERIAL

COMMERCIAL VEHICLE

VEH. LIC No.

YR. MAKE STATE

Wear PanTS To Court

UPON A PUBLIC STREET OR HIGHWAY, NAMELY (LOCATION) LOCATED IN THE CITY AFORESAID AND DID THEN AND THERE COMMIT THE FOLLOWING OFFENSE:

SPEEDING (over limit) ☐ 5-10 m.p.h. ☐ 11-15 m.p.h. ☐ Over 15 m.p.h. MPH in MPH zone

☐ Unreasonable for conditions ☐ Unable to stop in assured clear distance ahead

Improper LEFT TURN ☐ No Signal ☐ Cut corner ☐ From wrong lane

Improper RIGHT TURN ☐ No Signal ☐ Into wrong lane ☐ From wrong lane

Disobeyed TRAFFIC SIGNAL (When light turned red) ☐ Past middle intersection ☐ Middle of intersection ☐ Not reached intersection

Disobeyed STOP SIGN ☐ Wrong place ☐ Walk speed ☐ Faster

Improper PASSING AND LANE USAGE ☐ At intersection ☐ Between Traffic ☐ Lane Straddling ☐ Cut in ☐ On right ☐ Wrong lane ☐ Wrong side of pavement ☐ On hill ☐ On curve

ACCIDENT CASE ☐

OTHER VIOLATIONS (describe) Littering

IN VIOLATION OF SEC. OF THE ☐ State Statute ☐ Local Ordinance in such case made and provided.

PARKING Meter No. ☐ Overtime ☐ Prohibited Area ☐ Double Parking ☐ Expired Meter

(Describe) Other ☐ parking violation

SLIPPERY PAVEMENT ☐ Rain ☐ Snow ☐ Ice

DARKNESS ☐ Night ☐ Fog ☐ Dawn ☐ Dusk

OTHER TRAFFIC PRESENT ☐ Oncoming ☐ Pedestrian ☐ Same direction

CAUSED PERSON TO DODGE ☐ Pedestrian ☐ Driver ☐ JUST MISSED ACCIDENT

PD ☐ PI ☐ FATAL ☐

☐ Ped. ☐ Vehicle ☐ Fixed Object ☐ Right Angle ☐ Sideswipe ☐ Rear end ☐ Ran off Roadway ☐ Intersection

AREA ☐ Business ☐ Industrial ☐ School ☐ Residential ☐ Rural

HIGHWAY TYPE ☐ 2 lane ☐ 3 lane ☐ 4 lane ☐ 4 lane divided

Vehicle Search ☐ Yes ☐ No

Type of Search ☐ PC ☐ Consent ☐ Inventory ☐ Inc. to Arrest

Contraband Found ☐ Yes ☐ No

THE UNDERSIGNED FURTHER STATES THAT HE HAS JUST AND REASONABLE GROUNDS TO BELIEVE, AND DOES BELIEVE, THAT THE PERSON NAMED ABOVE COMMITTED THE OFFENSE HEREIN SET FORTH CONTRARY TO LAW AND AGAINST THE PEACE AND DIGNITY OF THE STATE.

SWORN TO AND SUBSCRIBED BEFORE ME

THIS DAY OF Oct 20

(Signature and identification of Officer or other complainant)

(Name and title) (Unit No.)

Occupation

Social Security Number

COURT APPEARANCE DAY OF 20

ADDRESS OF COURT

I PROMISE TO APPEAR IN SAID COURT OR BUREAU AT SAID TIME AND PLACE.

SIGNATURE

NOTICE: UNDERSTANDING THAT FAILURE TO APPEAR CONSTITUTES A SEPARATE OFFENSE.

For information regarding a compliment or complaint concerning traffic citations or traffic warnings (NOT FOR PARKING VIOLATIONS) issued by the Del Rio Police Department Peace Officers, may be found on the City of Del Rio Website at https://www.cityofdelrio.com/government/departments/police-department/police-department-forms. You may also call the Police Department Internal Affairs Unit at (830)774-8596, Email Address: fknoll@cityofdelrio.com, Address: 101 Lowe Drive, Del Rio TX 78840